# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-74786 JDE  
**Case Name:** CATTANEO, CHARLES ANTHONY  

**Period Ending:** 03/29/11

**Trustee:** (001090) Fred S. Hjelmeset  
**Filed (f) or Converted (c):** 12/28/10 (f)  
**§341(a) Meeting Date:** 01/28/11  
**Claims Bar Date:** 06/27/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | House<br>    Exemption of $1,881 in original Sch C - no exemption in amended Sch C, Doc#15, filed 2/23/11<br>Broker inspected and appraised value at $350,000 - no realizable equity after cost of sale | 325,000.00 | 51,881.00 | DA | 0.00 | FA |
| 2 | Cash | 10.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking<br>    Amended Sch B, Doc#15, filed 2/23/11, amended this entry from $45 to $2,113.70 | 2,113.70 | 0.00 | DA | 0.00 | FA |
| 4 | Savings in banks, savings and loan, building and | 150.00 | 0.00 | DA | 0.00 | FA |
| 5 | Household goods audio, video, and computer | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Clothing | 400.00 | 0.00 | DA | 0.00 | FA |
| 7 | 2004 Range Rover - sold post-petition by Debtor<br>    Amended Sch. B, Doc #15, filed 2/23/11, amended "2004 Range Rover" value $13,000 to "Proceeds from sale of vehicle (Range Rover)" value $8,000. | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Partnership interest in CSS Oahu II  (u)<br>    Added in Amended Sch B, Doc#15, filed 2/23/11, with a zero value.  Investigated,  attempts to sell to general partner unsuccessful. | 0.00 | 5,000.00 | DA | 0.00 | FA |
| 9 | Partnership interest in CSS Antioch  (u) | 0.00 | 5,000.00 | DA | 0.00 | FA |

Case: 10-74786   Doc# 19   Filed: 03/29/11   Entered: 03/29/11 11:29:35   Page 1 of 3

Printed: 03/29/2011 11:26 AM    V.12.56

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

<s>Page: 2</s>

**Case Number:** 10-74786 JDE  
**Case Name:** CATTANEO, CHARLES ANTHONY  
**Period Ending:** 03/29/11  

**Trustee:** (001090) Fred S. Hjelmeset  
**Filed (f) or Converted (c):** 12/28/10 (f)  
**§341(a) Meeting Date:** 01/28/11  
**Claims Bar Date:** 06/27/11  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Not disclosed in original schedules and amended schedule B, Doc#15. Investigated, attempts to sell to general partner unsuccessful. | | | | | |
| 10 | VW Jetta (u)<br>First disclosed in Amended Schedule B, Doc#15, filed 2/23/11. Purchased post-petition with proceeds from post-petition sale of 2004 Range Rover (asset no. 7) | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | **Assets** **Totals** (Excluding unknown values) | **$341,673.70** | **$61,881.00** | | **$0.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

03/05/11 Investigate value of partnerships, residence; investigate grounds for objection to discharge  
03/29/11 Close case  

02/01/11 Request partnership agreements from atty Lux  
03/04/11 Contact with accountant re possible value in limited partnerships and contact with broker Smartt re value of real property  
03/04/11 Contact with Lux requesting documents re partnerships  
03/05/11 Contact with broker Smartt re value of residence  
03/08/11 Correspondence from Lux re value of RP and exemptions  
03/14/11 Contact with broker re inspection of RP; email to Lux re same  
03/15/11 Contact with general parter in two partnerships re sale of interest  
03/16/11 Email to GPs Davis & Schmicker re partnership interests, offer to sell  
03/16/11 Email from Lux re debtor to cooperate with broker for inspection of property  
03/28/11 Contact with broker re value $350k, no equity after cost of sale  

Case: 10-74786  Doc# 19  Filed: 03/29/11  Entered: 03/29/11 11:29:35  Page 2 of 3  Printed: 03/29/2011 11:26 AM  V.12.56

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 10-74786 JDE | **Trustee:** (001090) Fred S. Hjelmeset |
| **Case Name:** CATTANEO, CHARLES ANTHONY | **Filed (f) or Converted (c):** 12/28/10 (f) |
| | **§341(a) Meeting Date:** 01/28/11 |
| **Period Ending:** 03/29/11 | **Claims Bar Date:** 06/27/11 |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

03/29/11 Contact with counsel re close case as no asset

**Initial Projected Date Of Final Report (TFR):** April 15, 2012          **Current Projected Date Of Final Report (TFR):** April 15, 2012